# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON D., | Case No. 5:23-cv-00459-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the matter is remanded for further administrative action consistent with the Memorandum and Order filed concurrently herewith.

DATED: March 4, 2024

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE